# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHARLIE LOCKETT,**

   *Plaintiff,*

v.                                                Case No.: 4:22cv147-MW/MAF

**WARDEN P. ALLEN, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 57. The Magistrate Judge recommends dismissal because a motion for substitution has not been filed following the death of the Plaintiff. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 57, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to file a motion for substitution." All pending motions, ECF Nos. 31, 39, and 44, are **DENIED as moot**. The Clerk shall

close the file.

**SO ORDERED on August 15, 2023.**

                                                    **s/Mark E. Walker**
                                                    **Chief United States District Judge**